JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEE SOOK AHN,<br><br>    Plaintiff,<br><br>    vs.<br><br>AAYUSH ENTERPRISES INC.; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:21-cv-03715 JFW (JCx)<br><br>**Judgment Re: Default Judgment** |

Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented, it is hereby ordered and adjudged that:

Plaintiff KEE SOOK AHN shall have JUDGMENT in Plaintiff's favor in the amount of $1,817.00 in costs and attorneys' fees and $4,000.00 in statutory damages, for a total of $5,817.00 against Defendant AAYUSH ENTERPRISES INC.

In addition, Defendant AAYUSH ENTERPRISES INC. is ordered to provide an accessible parking space at the property located at 805 Philadelphia Street, Pomona, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: November 16, 2021

_____
Honorable John F. Walter
United States District Judge

Judgment Re: Default Judgment - 1